# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERILEE HUFF<br><br>  Plaintiff(s),<br><br>v.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN<br><br>  Defendant(s). | CASE NO:<br>2:13–cv–03860–MMM–JC<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above–entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re–open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: June 24, 2013

*Margaret M. Morrow*

———————————————
Margaret M. Morrow
United States District Judge

–1–